No. 11–796. BOWMAN *v.* MONSANTO CO. ET AL. C. A. Fed. Cir. Certiorari granted.

No. 11–1118. GUNN ET AL. *v.* MINTON. Sup. Ct. Tex. Certiorari granted.

No. 11–1447. KOONTZ *v.* ST. JOHNS RIVER WATER MANAGEMENT DISTRICT. Sup. Ct. Fla. Certiorari granted.

No. 12–17. McBURNEY ET AL. *v.* YOUNG, DEPUTY COMMISSIONER AND DIRECTOR, VIRGINIA DIVISION OF CHILD SUPPORT ENFORCEMENT, ET AL. C. A. 4th Cir. Certiorari granted.

No. 11–1545. CITY OF ARLINGTON, TEXAS, ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.; and

No. 11–1547. CABLE, TELECOMMUNICATIONS, AND TECHNOLOGY COMMITTEE OF THE NEW ORLEANS CITY COUNCIL *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 5th Cir. Certiorari granted limited to Question 1 presented by the petition in No. 11–1545, cases consolidated, and a total of one hour is allotted for oral argument. Reported below: 668 F. 3d 229.

No. 11–9335. ALLEYNE *v.* UNITED STATES. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted.

No. 11–9953. BOYER *v.* LOUISIANA. Ct. App. La., 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted limited to Question 1 presented by the petition.